UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N. C.

MAY 12 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:05CR29 |
|---|---|---|
| vs. | ) | ORDER FOR DISMISSAL |
| TOMMY DEAN CAMP | ) | |

Leave of Court is hereby granted for the dismissal of the Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

This 12th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE